UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TERRANCE DRAPEAUX,<br><br>Defendant. | 5:25-CR-50049-CCT<br><br><br>**ORDER ADOPTING REPORT &<br>RECOMMENDATION ON GUILTY<br>PLEA AND SENTENCING<br>SCHEDULING ORDER** |

Defendant Terrance Drapeaux appeared before Magistrate Judge Daneta Wollmann for a change of plea hearing on May 19, 2025. Judge Wollmann issued a Report and Recommendation recommending that the Court accept Defendant's plea of guilty to Count 2 as alleged in the Indictment. For good cause, it is

ORDERED that this Court adopts the Report and Recommendation, Doc. 24, the plea of guilty is accepted, and Defendant is adjudged guilty of Count 2 as alleged in the Indictment.

IT IS FURTHER ORDERED that the draft presentence report shall be filed by the Probation Office in CM/ECF using the Draft Presentence Report event by **June 23, 2025**.

IT IS FURTHER ORDERED that any objection to the presentence report and notice of intent to seek a departure by either the Government or the Defendant shall be filed by counsel in CM/ECF using the Objections to Presentence Report event by **July 7, 2025**. If counsel has no objections to the

presentence report, counsel should indicate such by using the Notice of No Objections to Presentence Report event.

IT IS FURTHER ORDERED that all letters of support shall be filed by counsel in CM/ECF using the Sealed Letter(s) of Support event by **July 21, 2025**. All letters of support shall be legibly scanned as one document and not scanned as separate documents.

IT IS FURTHER ORDERED that the final presentence report shall be filed by the Probation Office in CM/ECF using the Final Presentence Report event by **July 28, 2025**. An addendum setting forth any unresolved objections, the grounds for those objections, and the probation officer's comments on those objections shall also be filed in CM/ECF using the Addendum to Final Presentence Report event.

IT IS FURTHER ORDERED that any Sentencing Memorandum and Motion for Departure or Variance shall be filed in CM/ECF by **July 28, 2025**.

IT IS FURTHER ORDERED that the sentencing hearing and any necessary evidentiary hearing regarding sentencing shall be held on **Monday, August 4, 2025 at 11:00 a.m.**, in Courtroom 1 of the Andrew W. Bogue United States Courthouse, 515 Ninth Street, Rapid City, South Dakota.

Dated May 20, 2025.

BY THE COURT:

/s/ *Camela C. Theeler*
CAMELA C. THEELER
UNITED STATES DISTRICT JUDGE